UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| THERESA BROOKE,<br><br>         Plaintiff,<br><br>    v.<br><br>CLAY ANDRO PETERSEN<br><br>         Defendant. | Case No. SACV 16-0435 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated May 18, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT